**The LUBBOCK NATIONAL BANK, Plaintiff-Appellee,**

v.

**Gene McFERRIN, Defendant-Appellant.**

**No. 71–3200**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

March 21, 1972.

Rehearing Denied April 17, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1] Judgment was entered for the bank in a suit on a note. A counterclaim and third party complaint are pending in the district court and this appeal was allowed under Rule 54(b), F.R.Civ.P. There was no error in the grant of summary judgment for the bank.

* Rule 18, 5 Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir. 1970, 431 F.2d 409.

■

**Artis JACKSON, Appellant,**

v.

**UNITED STATES of America.**

**No. 71–1220.**

United States Court of Appeals, Third Circuit.

Submitted on Briefs Dec. 17, 1971.

Decided Jan. 10, 1972.

Certiorari Denied May 22, 1972.

See 92 S.Ct. 2050.

Artis Jackson, pro se.

Herbert J. Stern, U. S. Atty., Carolyn E. Arch, Asst. U. S. Atty., Newark, N. J., for appellee.

Before BIGGS, VAN DUSEN and HUNTER, Circuit Judges.

OPINION OF THE COURT

PER CURIAM:

There is before us on this appeal the fifth attempt by the appellant Jackson to gain a new trial or his liberty by habeas corpus or by 28 U.S.C. § 2255. In deciding his present application, Chief Judge Augelli filed three memorandum opinions. The first opinion was filed January 7, 1971, the second February 24, 1971, and the third February 26, 1971, 338 F.Supp. 7. Every phase of the present application has been adequately considered, thoroughly discussed and correctly decided by Chief Judge Augelli in his three excellent opinions. Nothing need be added by us.

The order denying Jackson's motion to vacate the judgment of sentence will be affirmed.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F. 2d 966.